UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONI SPILLMAN

VERSUS

RPM PIZZA, INC., ET AL

CIVIL ACTION

NO. 10-349-BAJ-SCR

consolidated with

TONI SPILLMAN

VERSUS

DOMINO'S PIZZA LLC, ET AL

CIVIL ACTION

NO. 10-592-BAJ-SCR

RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 26, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's Motion to Remand, or Alternatively, Request for Ruling on Jurisdiction or, Alternatively, Request for Administrative Closure (doc. 48), is **DENIED** insofar as the plaintiff sought an order remanding 10-CV-592, **DENIED** insofar as the plaintiff sought a determination of whether the Court has subject

matter jurisdiction under § 1331, and **DENIED** without prejudice insofar as the plaintiff sought an order administratively closing 10-CV-592.

Baton Rouge, Louisiana, November 17, 2010.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA