UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TONI SPILLMAN, Individually and as representative of the Class | * CIVIL ACTION NO. 10-349-BAJ-SCR * * |
| vs. | * JUDGE BRIAN JACKSON * |
| DOMINO'S PIZZA LLC and RPM PIZZA, LLC | * * MAGISTRATE JUDGE REIDLINGER |

**************************************************************************

# UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, FORM, CONTENT AND MANNER OF NOTICE DISTRIBUTION AND PUBLICATION, AND CERTIFICATION FOR SETTLEMENT PURPOSES ONLY

NOW INTO COURT, through undersigned counsel, comes Plaintiff TONI SPILLMAN, individually and on behalf of the Class, who hereby moves this Honorable Court as follows:

1.

Class Counsel, on behalf of the Class, and Defendants Domino's Pizza LLC and RPM Pizza, LLC have agreed on a proposed compromise settlement of all claims of the Class against Defendants and all Related Parties, all terms, definitions, provisions, reservations and conditions thereof, as more particularly set forth in the attached Settlement Agreement (SA), attached as Exhibit A, all of which terms, definitions, provisions, reservations and conditions

1

are made part of this Motion.

2.

The purpose and intent of all parties to this proposed settlement are (a) to settle any and all claims of any type related to any alleged transmission by RPM or receipt by Class Members of any and all alleged unauthorized prerecorded phone message advertisements received on Class Members' cellular telephones; (b) to terminate and extinguish any liability of Defendants and the Related Parties for all Released Claims of the Class Members, and (c) to dismiss on the merits and with prejudice all claims of the Class Members against, and the Class Action insofar as affecting Defendants and the Related Parties.

3.

The parties now seek preliminary approval from this Court of the terms of this agreement and the proposed plan of notice as outlined in the supporting memorandum.

4.

Defendants RPM Pizza, LLC and Domino's Pizza LLC have no objection to this motion, and consent to the relief sought by plaintiff.

WHEREFORE, Movers pray:

1. That the Court review the proposed Settlement Agreement attached to this Motion, and that the settlement contained therein be preliminarily approved by the Court as fair and reasonable, entered into in good faith and without collusion, and within the range of judicial approval;

2. That the Court certify this matter as a class action for settlement purposes only;

3. That the Court approve the plan for management of the settlement set forth in

the supporting memorandum and the SA;

4. That the Court approve the claim form and the form of notice of the proposed settlement of the Class Action, as defined in the SA, and conduct a Fairness Hearing to consider matters in connection with the proposed settlement and order its dissemination to Class Members;

5. That the Court assign the proposed settlement for a Fairness Hearing and consider any objections presented to the settlement or any condition included therein, during the course of such Fairness Hearing;

6. That in due course, and after appropriate notices and hearings, the proposed settlement be finally approved by the Court and that the settlement benefits be disbursed;

7. That final judgment be entered by the Court, approving the settlement, and all terms thereof as provided in the SA, and dismissing on the merits and with prejudice: this case; the Class Action; all claims of the Class Members against Defendants and the Related Parties; and all Released Claims of the Class Members against Defendants and the Related Parties;

8. That the Court appoint Toni Spillman as class representative in this matter;

9. That the Court appoint Rust Consulting, Inc. as Claims Administrator;

10. That the Court appoint Shannon Wheatman and Kinsella Media, LLC as Notice Expert;

11. That Christopher K. Jones and John P. Wolff, III of Keogh, Cox & Wilson, Ltd. and Philip Bohrer of Bohrer Law Firm, LLC, be appointed as Co-Lead and Class Counsel;

12. That the Court maintain continuing jurisdiction over the settlement proceedings to insure the effectuation thereof for the benefit of the Class;

13. For any other relief indicated or justified in the premise.

BY: s/ Christopher K. Jones
John P. Wolff, III, Bar # 14504
Christopher K. Jones, Bar # 28101
KEOGH, COX & WILSON, LTD.
701 Main Street
Baton Rouge, LA 70802
*Class Counsel*

and

Philip Bohrer, Bar #14089
BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
*Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been mailed and/or e-mailed this date, postage prepaid, and/or disseminated by the Court's e-notification system to all counsel of record.

Baton Rouge, Louisiana, this 7th day of November, 2012.

s/ Christopher K. Jones .
CHRISTOPHER K. JONES