UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TONI SPILLMAN, Individually and as representative of the Class | * CIVIL ACTION NO. 10-349-BAJ-SCR * * |
| vs. | * JUDGE BRIAN JACKSON * * |
| DOMINO'S PIZZA LLC and RPM PIZZA, LLC | * MAGISTRATE JUDGE RIEDLINGER |

*************************************************************************

# MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, TONI SPILLMAN, who seeks final approval of the settlement of this class action with defendants RPM PIZZA, LLC and DOMINOS PIZZA LLC. The terms of the settlement, which was entered by the parties on November 5, 2012 and preliminarily approved by this Court on November 9, 2012, are "fair, reasonable, and adequate" and satisfy the requirements of Fed. R. Civ. Pro. 23. Accordingly, plaintiff requests final approval of the settlement. No class members or other parties have objected or opted out of the settlement, and no one has requested to appear at the Fairness Hearing.

This settlement was achieved following protracted, arms length negotiations between counsel for the Plaintiff and counsel for the Defendants. After preliminary approval of the

settlement, including the method of notice to the class members, notice was disseminated to all of the class members by publication. Plaintiff now moves this Court for entry of an Order in the following respects:

(1) Finding the proposed settlement to be fair, reasonable, and adequate and in the best interests of the Plaintiff and granting Final Approval; and

(2) Entering a final Order of dismissal in favor of Plaintiff.

Defendants have denied, and continue to deny, any liability with respect to the claims made by the Plaintiff. However, Defendants do not oppose the filing of this Motion and relief sought therein, including entry of an Order granting final approval of the Settlement Agreement and ordering dismissal of all claims, with prejudice.

RESPECTFULLY SUBMITTED:

BY:    s/Christopher K. Jones
     JOHN P. WOLFF, III, Bar #14504
     CHRISTOPHER K. JONES, Bar #28101
     **KEOGH, COX & WILSON, LTD.**
     701 Main Street
     Post Office Box 1151
     Baton Rouge, Louisiana 70821
     Telephone: (225) 383-3796
     Facsimile: (225) 343-9612
     Email: jwolff@kcwlaw.com
           cjones@kcwlaw.com

-and-

PHILIP BOHRER, Bar #14089
**BOHRER LAW FIRM, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Email: Phil@bohrerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all know counsel by operation of the court's electronic filing system. I also certify that, as of the date of this mailing, there are no manual recipients identified to receive this mailing.

Baton Rouge, Louisiana, this 1st day of March, 2013.

                 s/Christopher K. Jones
                 JOHN P. WOLFF, III
                 CHRISTOPHER K. JONES