UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TONI SPILLMAN, Individually and as representative of the Class | CIVIL ACTION NO. 10-349-BAJ-SCR |
| vs. | JUDGE BRIAN JACKSON |
| DOMINO'S PIZZA LLC and RPM PIZZA, LLC | MAGISTRATE JUDGE STEPHEN RIEDLINGER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# FINAL DISTRIBUTION ORDER

Considering Class Counsel's *Ex Parte* Motion for a Settlement Distribution Protocol, Distribution of Attorneys' Fees, Costs and Incentive Payment, record document number 244;

**IT IS HEREBY ORDERED THAT:**

1. The Court adopts the report of the Claims Administrator, which identifies the current Participating Class Members. This report is made a part of this Order and is attached as Exhibits 1 and 2. These Exhibits 1 and 2 shall define and identify all current Participating Class Members.

2. The Claims Administrator shall be authorized to distribute the settlement amount of $15.00 per Participating Monetary Class Member (identified in Exhibit 1) by mail. The Claims Administrator shall send the settlement check to each Participating Monetary Class Member, identified in the

      attached Exhibit 1, via First Class United States Mail, postage prepaid. Checks shall be payable to the person or entity who completed the Claim Form;

3.     The Claims Administrator shall be authorized to distribute a Merchandise Voucher, in a form to be provided by RPM Pizza, LLC ("RPM") to the Claims Administrator within seven days of the entry of this Order, to each Participating Merchandise Voucher Class Member by mail.  The Claims Administrator shall send the merchandise voucher to each Participating Merchandise Voucher Class Member, identified in the attached Exhibit 2, via First Class United States Mail, postage prepaid;

4.     The settlement checks and merchandise vouchers shall be sent by the Claims Administrator, in accordance with Sections 2. and 3., *supra*, within 45 days from the date this Order is signed by the Court;

5.     The Claims Administrator shall be authorized to take all reasonable steps necessary to facilitate delivery of the settlement fund to any and all Participating Class Members whose mailing is returned.  The Claims Administrator shall keep a detailed record of all efforts utilized in delivering all settlement funds which were undeliverable.  The distribution process shall end, for all purposes, 90 days from the date this Order is entered;

6.     The Claims Administrator shall be authorized to utilize any reasonable

alternative method for distribution of the settlement funds, including Federal Express, UPS or in person;

7. In addition, the Claims Administrator is authorized to issue the following payments, according to prior Orders of the Court, from the settlement fund:

> $5,000.00 to Toni Spillman as a class representative incentive payment; and
> $2,535,000.00 to Class Counsel as attorneys' fees and costs

8. The Claims Administrator has made a final accounting to the Court and Class Counsel of the funds received and to be disbursed, attached as Exhibit 3, which shows that $486,205.00 in unallocated settlement funds remain from the contribution of Argonaut Great Central Insurance Company ("Argonaut") and which shall revert and be paid to Argonaut according to the terms of the Settlement Agreement, subject to the Reservations of Rights provisions in Paragraph 10.2 of the Settlement Agreement.

9. In addition, the final accounting shows that $1,000,000.00 in unallocated settlement funds remain from the contribution of RPM and which shall revert and be paid to RPM according to the terms of the Settlement Agreement.

Baton Rouge, Louisiana, July 26, 2013.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE